| | |
|---|---|
| Dylan J. Liddiard (admitted *pro hac vice*) | J. Derek Kearl (10738) |
| Charles A. Talpas (admitted *pro hac vice*) | HOLLAND & HART LLP |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | 222 S. Main Street, Suite 2200 |
| 650 Page Mill Road | Salt Lake City, Utah 84101 |
| Palo Alto, CA 94304 | Telephone: (801) 799-5800 |
| Telephone: (650) 493-9300 | JDKearl@hollandhart.com |
| dliddiard@wsgr.com | |
| ctalpas@wsgr.com | |

*Attorneys for Plaintiff Podium Corporation Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| PODIUM CORPORATION INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEKKIT GEOLOCATION SERVICES INC., EUGENE TAGLE, MYLES HIEBERT, DANIEL FAYLE, LEE KLIMPKE, AND EMILY FRANZ-LIEN <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:20-cv-00352-JNP-DAO <br><br> Judge Jill N. Parrish <br> Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Podium Corporation Inc. ("Podium") and Defendants Chekkit Geolocation Services Inc., Myles Hiebert, Daniel Fayle, Lee Klimpke, Eugene Tagle, and Emily Franz-Lien ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to the dismissal of this action with prejudice and in its entirety, with each Party to bear their own attorneys' fees and costs.

Dated: October 31, 2023

*/s/ J. Derek Kearl*
Dylan J. Liddiard
Charles Talpas
WILSON SONSINI GOODRICH & ROSATI, P.C.

2

        J. Derek Kearl
        HOLLAND & HART LLP

        *Attorneys for Plaintiff Podium Corporation Inc.*

        SNOW CHRISTENSEN & MARTINEAU

        */s/ Robert B. Cummings\**
        Keith A. Call
        Robert B. Cummings
        Clark S. Gardner

        *Attorneys for Defendants*
        \*(*Signed with permission of Robert B. Cummings by the filing attorney*)

30798749